**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 6, 2015

---

STATUS OF COUNSEL NOTICE

---

No. 15-1473, Lisa Kerr v. Marshall University Board
2:14-cv-12333

TO: Lisa Marie Kerr

**STATUS OF COUNSEL FORM DUE: May 18, 2015**

Local Rule 34(b) requires the filing of informal briefs in all pro se appeals. However, because the parties to this action are either represented by counsel or are attorneys themselves, the court will set a formal briefing schedule if you indicate on the enclosed form your preference to file formal briefs in this case.

Unless you return the **status of counsel form** by the due date shown with an indicated preference to file formal briefs, the court will set an informal briefing schedule.

Sharon A. Wiley, Deputy Clerk
804-916-2704

Copies: Andrew Patrick Ballard
John Andrew Hess
Lisa Marie Kerr

**UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT**

---

STATUS OF COUNSEL FORM

---

No. 15-1473, Lisa Kerr v. Marshall University Board
2:14-cv-12333

I make the following election with respect to counsel for appeal (please check one):

1. [ ] 1. I intend to file an informal brief and proceed under Local Rule 34(b) procedures for pro se appeals.

2. [ ] I intend to file a formal brief on my own behalf.

3. [ ] I have employed counsel to represent me in the above case now pending in the United States Court of Appeals. The attorney's name, address, and phone number are:

______________________________

______________________________

______________________________

Date: ____________________________

Signature: _____________________